DORIS JENSEN, as Administratrix of the Estate of FRED-
ERICK J. JENSEN, Deceased, Respondent, *v.* SOUTH
BROOKLYN RAILWAY COMPANY, Appellant.

*Jensen* v. *South Brooklyn Railway Co.*, 186 App. Div. 963, affirmed.
(Argued October 23, 1919; decided November 18, 1919.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the second judicial department,
entered December 24, 1918, affirming a judgment in
favor of plaintiff entered upon a verdict in an action
to recover for the death of plaintiff's intestate alleged
to have been occasioned through the negligence of the
defendant.

*D. A. Marsh* and *George D. Yeomans* for appellant.

*Frederick S. Martyn* and *Adolph · L. Pincoffs* for
respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN,
CARDOZO, CRANE and ANDREWS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JOSEPH USEFOF, Appellant.

(Argued October 24, 1919; decided November 18, 1919.)

APPEAL from a judgment of the Supreme Court,
rendered February 8, 1919, at a Trial Term for the
county of Bronx, upon a verdict convicting the defendant
of the crime of murder in the first degree.

*Martin W. Littleton, John D. Lindsay, Louis Susman*
and *Samuel Goldstein* for appellant.

*Francis Martin, District Attorney (Charles B. McLaugh-
lin* and *Albert Cohn* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN,
CARDOZO and ANDREWS, JJ.; CRANE, J., concurs under
provisions of section 542 of the Code of Criminal
Procedure.